**2013–0476. State v. Johnson.**
Portage App. No. 2012–P–0008, 2013-Ohio-440.

O'DONNELL and O'NEILL, JJ., dissent.

LANZINGER, J., dissents and would accept the appeal on Proposition of Law No. I.